Samuel S. Hart, Appellant, *v.* Jones W. Wilder et al., Respondents.

(Argued December 23, 1891; decided January 20, 1892.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 9, 1891, which affirmed a judgment in favor of defend-

ants entered upon a decision of the court on trial at Special Term.

*Cephas Brainerd* and *Joseph Fettretch* for appellant.

*B. F. Tracy* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.